

# THE ATTORNEY GENERAL
## OF TEXAS

GERALD C. MANN    AUSTIN 11, TEXAS
XXXXXXXXXXXXXXXXXXXXXXXX
WILL WILSON
ATTORNEY GENERAL

March 14, 1939

Dr. H. G. Towle, President
Texas State Board of Examiners
in Optometry
Snyder, Texas

Dear Sir:                         Opinion No. O-392

                                  Re: Authority of Board of Examiners
                                      to return renewal license fees.

Your request for an opinion as to whether the Board of Examiners
in Optometry has authority to refund renewal license fees has been
received by this Department.

We have examined the statutes relating to Optometry and do not find
any authority for the Board to refund license fees paid in ad-
vance. The necessitous circumstances of the widow or family of the
deceased do not authorize the Board to refund the license fee in
the absence of some authority for such action. We are unable to
find any other authority for the refunding of a renewal license
fee by your Board.

Where there is no statutory provision existing before a license
fee is collected which provides for its return or refund upon the
happening of certain contingencies, no refund of such fees may
be made, either by the Legislature or any other official of the
State government. See Bittick vs. City of El paso, 247 SW 892;
Austin National Bank vs. Sheppard, 71 SW 242. See also Article
3, Section 44 of the Constitution of Texas.

It is the opinion of this Department that your Board does not
have the authority to refund the license fees after they have
been paid.

                         Very truly yours
                    ATTORNEY GENERAL OF TEXAS

                    s/ Morris Hodges

MH:AW/cg
APPROVED:              By
s/ Gerald C. Mann              Morris Hodges
ATTORNEY GENERAL OF TEXAS        Assistant